**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1927**

EDMUND K. AWAH,

        Plaintiff - Appellant,

     v.

BOARD OF EDUCATION OF BALTIMORE COUNTY,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William M. Nickerson, Senior District Judge.  (1:09-cv-01044-WMN)

Submitted:  January 18, 2011     Decided:  January 25, 2011

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edmund K. Awah, Appellant Pro Se.  Leslie Robert Stellman, Shani Kamaria Whisonant, HODES, PESSIN & KATZ, PA, Towson, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edmund K. Awah appeals the district court's orders denying relief on his employment discrimination action and imposing sanctions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Awah v. Bd. of Educ. of Baltimore Cnty.</u>, No. 1:09-cv-01044-WMN (D. Md. June 10, 2010, July 27, 2010 & Aug. 17, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>